IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00557

MICHELE A. HART,

                             **Plaintiff,**

v.

WEN PRODUCTSM, INC. AND GREAT
LAKES TECHNOLOGIES, LLC ,

                             **Defendants.**

**ORDER ON JOINT CONSENT MOTION TO REMAND**

**THIS MATTER IS BEFORE THE COURT** on Defendant Great Lake Technologies, LLC's and Plaintiff Michele Hart's Joint Consent Motion to Remand. Having carefully considered the motion and the record, the undersigned will **grant** the motion.

On October 18, 2021, Defendant Great Lakes filed a notice of removal to the Western District of North Carolina, Charlotte Division. The Parties subsequently conferred and agreed to a stipulation that Plaintiff's alleged damages, exclusive of pre-judgment interest and costs, do not exceed $75,000.00. Thus, the amount in controversy required for diversity jurisdiction is no longer satisfied under 28 U.S.C. § 1332. All parties to this case consent to the pending motion. The undersigned therefore concludes that this case shall be remanded pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**IT IS, THEREFORE, ORDERED** that the Joint Consent Motion to Remand is **GRANTED.** This matter shall be remanded to the Superior Court of Mecklenburg County, North Carolina.

**SO ORDERED.**

                             Signed: November 17, 2021

                             Graham C. Mullen
                             United States District Judge